**Terry MARTIN, Claimant–Appellant,**

v.

**LYN–FLEX WEST, INC., Employer–Respondent,**

**and**

**Division of Employment Security, Respondent.**

No. 73981.

Missouri Court of Appeals,
Eastern District,
Division Three.

Dec. 8, 1998.

---

**Joseph N. BECK, Jr., Appellant,**

v.

**Mike BOWERSOX and Gary Reed, Respondents.**

No. ED 74060.

Missouri Court of Appeals,
Eastern District,
Division Four.

Dec. 8, 1998.

---

Joseph N. Beck, Jr., Mineral Point, pro se.

John F. Brink, Asst. Atty. Gen., St. Louis, for respondents.

Before HOFF, P.J., GARY M. GAERTNER, and RHODES RUSSELL, JJ.

ORDER

John L. Woodward, Cuba, for appellant.

Lyn–Flex West, Inc., Owensville, Alan J. Downs, St. Louis, for respondents.

Before PAUL J. SIMON, P.J., KATHIANNE KNAUP CRANE, and LAWRENCE E. MOONEY, JJ.

ORDER

PER CURIAM.

Claimant Terry Martin appeals from an unemployment compensation award issued by the Labor and Industrial Relations Commission.

**764**

The order of the Labor and Industrial Relations Commission is supported by competent and substantial evidence on the whole record. A written opinion reciting the detailed facts and restating the principles of law would have no precedential value. However, the parties have been furnished with a memorandum opinion, for their information only, setting forth the facts and reasons for this order.

We affirm the order of the Labor and Industrial Relations Commission pursuant to Rule 84.16(b).